No. 11, Original. UNITED STATES v. LOUISIANA. The motion for leave to file brief of the State of Texas, as amicus curiae, is granted. THE CHIEF JUSTICE and MR. JUSTICE CLARK took no part in the consideration or decision of this motion. *Price Daniel,* Governor, *Will Wilson,* Attorney General, *James H. Rogers,* Assistant Attorney General, and *J. Chrys Dougherty* for the State of Texas, movant. *Solicitor General Rankin* filed a memorandum for the United States, plaintiff.

No. 848. UNITED STATES v. HVASS. Appeal from the United States District Court for the Northern District of Iowa. Further consideration of the question of jurisdiction is postponed to the hearing of the case on the merits. *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States. *Warren B. King* for appellee.

No. 591, Misc. SHERIDAN v. UNITED STATES. Motion for leave to file petition for writ of certiorari denied. Petitioner *pro se.* *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 620, Misc. HEARD v. UNITED STATES. Motion for leave to file petition for writ of certiorari denied.

No. 725, Misc. FAUBERT v. GROAT ET AL. Motion for leave to file petition for writ of mandamus and other relief denied.

No. 748, Misc. FORSYTHE v. NEW JERSEY. Motion for leave to file petition for writ of habeas corpus denied. MR. JUSTICE BRENNAN took no part in the consideration or decision of this motion.